# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL CALLOWAY

NO. 2022 KW 0838

**OCTOBER 24, 2022**

---

In Re:   Michael Calloway, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 79-FELY-089531.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

    **WRIT DENIED AS MOOT.** The record of the Terrebonne Parish Office of the Clerk of Court shows that on May 2, 2022, the State filed a response to relator's eleventh application for postconviction relief.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
_____
DEPUTY CLERK OF COURT
    FOR THE COURT